KETTENBACH et al. v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit.  May 17, 1909.)

No. 1,605.

In Error to the District Court of the United States for the District of Idaho.

Forney & Moore and George W. Tannahill, for plaintiffs in error.

Robert T. Devlin, U. S. Atty., and William R. Harr, Asst. Atty. Gen., for the United States.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. Upon the authority of William Dwyer, Plaintiff in Error, v. United States of America, Defendant in Error (decided at the present term) 170 Fed. 160, the judgment is reversed, and the cause remanded to the court below for a new trial.